BEFORE THE FIRST DIVISION, JULY 17, 1959

**No. 63260.**—Manca, Inc. *v.* United States, protests 58/20023, 58/20024, and 58/20025 (New York).

Opinion by MOLLISON, J. In accordance with stipulation of counsel that the items marked "A" consist of boxes for microscopes similar in all material respects to those the subject of Abstract 59557, the claim of the plaintiff was sustained as to said items. The items marked "B," stipulated to consist of special combination tubes for photomicrography, necessary for the operation of the photomicrographic camera, were held dutiable at 20 percent under paragraph 1551, as claimed.